

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: UNITED SERVICE AUTOMOBILE ASSOCIATION, | § | No. 08-18-00161-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

**O R D E R**

Pending before the Court is Relator's motion requesting a stay of proceedings in cause number 2016-DCV1280, styled *Bonnie Earl Smith v. United Services Automobile Association*, pending review of the mandamus petition. The motion is DENIED.

IT IS SO ORDERED this 13th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.